IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO. 1:09-cv-00047-MP-AK

BANK OF AMERICA
CERTIFICATE OF DEPOSIT
ACCOUNT NUMBER 91000108882582,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 6, Consent Motion to Stay, filed by the Government. The defendant property is named in a pending criminal investigation. Upon consideration, the Court finds that a stay is necessary to protect the Government's ability to prosecute the related criminal investigation. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion at Doc. 6 is GRANTED. Pursuant to 18 U.S.C. § 981(g), the proceedings are stayed until such time as the related criminal investigation is resolved.

**DONE AND ORDERED** this __27th__ day of March, 2009

                          *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge