IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                       CASE NO. 1:09-cv-00047-MP-AK

BANK OF AMERICA
CERTIFICATE OF DEPOSIT
ACCOUNT NUMBER 91000108882582,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 10, Motion to Lift Stay, filed by the claimant, Hamid Anghaie. On July 22, 2009, the Court held a telephonic hearing to discuss the motion, as well as identical motions filed by Hamid Anghaie in the related civil forfeiture cases numbered 1:09-cv-00039-MP-AK and 1:09-cv-00041-MP-AK. For the reasons stated at the hearing, the Court finds that it is necessary to continue the stay in this case for approximately 90 days. See 1:09-cv-00039, Doc. 17. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Motion to Lift Stay (Doc. 10) is DENIED. However, the Court's stay in this matter is not indefinite. A telephonic hearing to discuss the status of this case is set for Thursday, October 29, 2009, at 1:30 p.m., at which time the Court will lift the stay absent a showing of good cause to continue it pursuant to 18 U.S.C. § 981(g).

**DONE AND ORDERED** this _23rd_ day of July, 2009



                                                      Maurice M. Paul, Senior District Judge