IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                          CASE NO. 1:09-cv-00047-MP-AK

BANK OF AMERICA CERTIFICATE OF DEPOSIT ACCOUNT NUMBER 91000108882582,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Motion to Dismiss Combined with Response to Defendant's Motion for Return of Property by United States of America, Doc. 18. Defendant's Motion for Return of Property is docketed at Doc. 19. Plaintiff moves to dismiss this civil forfeiture count and pursue forfeiture of the defendant property in the related criminal proceeding, 1:09-cr-37. Defendant moves for the immediate return of defendant property to its claimants.

Because the defendant property is named in the criminal indictment, it is a proper subject of the criminal proceeding. Therefore, this Court cannot order its immediate return to claimants upon the dismissal of this civil forfeiture action. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.     The Motion for Return of Property, Doc. 19, is DENIED.

2.     Motion to Dismiss, Doc. 18, is GRANTED.

3.     This case is DISMISSED WITHOUT PREJUDICE, each party to bear its own costs and fees.

4.     Defendant property is to remain in the custody of the United States Marshals

Service pursuant to the Protective Order entered in the criminal case, 1:09-cr-37.

**DONE AND ORDERED** this <u>20th</u> day of January, 2010

<u>*s/Maurice M. Paul*</u>
Maurice M. Paul, Senior District Judge